Decision Per Curiam.

---

Board of County Commissioners of Jackson county, Florida, Plaintiff in Error, vs. The State of Florida *ex rel.* Board of Public Instruction of Jackson County, Florida, Defendant in Error.

Writ of error to Circuit Court, Jackson county; Evelyn C. Maxwell, Judge.

*Rivers H. Buford,* for plaintiff in Error.

*William B. Farley and Benj. S. Liddon,* for defendant in error.

Memorandum Decisions.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on praecipe of counsel for plaintiff in error.

Decision Per Curiam.